**MINUTE ENTRY**
**AFRICK, J.**
**October 25, 2010**
**JS-10 00:15**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CRAIG DAVIS**                                              **CIVIL ACTION**

**VERSUS**                                                       **No. 10-875**

**BRYCE KARL, ET AL.**                                       **SECTION I**

A telephone conference was held on this date with counsel for all parties participating. Counsel for defendant Bryce Karl ("Karl") advised the court that if the hearing on plaintiff's motion for judgment by default against Karl was continued, Karl would withdraw his motion contesting service of process and withdraw any objection as to whether the Court has personal jurisdiction over him.

**IT IS ORDERED** that the hearing date on plaintiff's motion for judgment by default against Karl, originally scheduled for October 26, 2010, is **CONTINUED WITHOUT DATE**.

**IT IS FURTHER ORDERED** that Karl's motion[1] to dismiss for insufficiency of service of process and motion[2] to expedite consideration are **DISMISSED AS MOOT** since Karl has withdrawn his objection as to whether the Court has personal jurisdiction over him.

**IT IS FURTHER ORDERED** that Karl shall reimburse plaintiff for costs associated with preparing for the hearing, including airfare, lodging, ground transportation, per diem and

---

[1] R. Doc. No. 67.

[2] R. Doc. No. 69.

attorneys' fees.  Counsel for plaintiff shall submit an affidavit detailing his attorney's fees and Karl is **ORDERED** to deliver payment **no later than November 1, 2010.**

New Orleans, Louisiana, October 25, 2010.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**